IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 FEB -6  A 11: 42

CLERK _____
SO. DIST. OF GA.

ANTHONY DAVILLA,

  Plaintiff,

vs.            CIVIL ACTION NO.: CV212-005

NATIONAL INMATE APPEALS
COORDINATOR, ROBIN GLADDEN,
General Counsel; REGIONAL
ADMINISTRATIVE REMEDIES
COORDINATOR, R. E. HOLT,
General Counsel; ANTHONY HAYNES,
and DR. BRUCE COX, Chaplin,

  Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Plaintiff contends that, if the Court were to order the Bureau of Prisons to allow a qualified member of his religion to come to the prison to perform animal sacrifices and other portions of his religious rituals, he would have no objection. The undersigned notes that the Magistrate Judge opined that a qualified member of Plaintiff's religion could come into the prison to perform the rituals necessary to infuse spiritual presence into his requested items. However, the Magistrate Judge likely made this suggestion to show that there are other possible alternatives available to Plaintiff to obtain cowrie shells and bead necklaces containing "ache", or spiritual presence. In other words, and contrary to Plaintiff's assertions, Program Statement 5630.09 and the

Defendants' reliance on this Program Statement do not deprive Plaintiff of the only manner in which to practice his religion.

Plaintiff also contends that Program Statement 5630.09 requires that the chaplain verify the religious significance of his requests prior to denying his requests. This is Plaintiff's interpretation of the Program Statement, not what this Program Statement requires. Rather, this Program Statement proscribes that, before the warden approves inmate religious property, a chaplain will verify the religious significance of the religious property <u>if necessary</u>. (Doc. No. 72-4, p. 2, ¶ 14(a)).

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented by this Order, is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_6\_\_ day of \_\_February\_\_, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA