# In the United States District Court for the Southern District of Georgia Brunswick Division

| ANTHONY DAVILA, | * | |
| --- | --- | --- |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:12-cv-5 |
| | * | |
| v. | * | |
| | * | |
| V.J. FLOURNOY; and KEN HARRIS, JR., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's May 9, 2017, Report and Recommendation, dkt. no. 137, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint, **DISMISSES AS MOOT** Defendants' Motion to Dismiss, dkt. no. 133, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court further **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 13 day of June, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA